## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY FISCHER and MORRISON OMORUYI, individually and on behalf of all other persons similarly situated,<br>　　　　　Plaintiffs,<br>　　v.<br><br>KMART CORPORATION,<br>　　　　　Defendant. | Case No. 3:13-cv-4116 (DEA)<br>Magistrate Judge Douglas E. Arpert |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT** Plaintiffs Amy Fischer and Morrison Omoruyi will move this Court, on a date and time to be determined by the Court, to preliminary certify a class, for settlement purposes, appoint them and the named Plaintiffs in *Hautur v. Kmart Corp.*, No. 1:15-cv-00267-RJA-HBS (W.D.N.Y.) ("*Hautur*") (collectively "Plaintiffs") as class representatives, appoint Plaintiffs' Counsel as class counsel, appoint Rust Consulting, Inc. as claims administrator, approve the parties' proposed notices to Collective and Class Members of the proposed class and collective action settlement ("Settlement"), embodied in a Settlement Agreement (attached as Exhibit A to Declaration of Seth R. Lesser ("Lesser Decl.")), and set a date for the Final Approval Hearing.

In support of this Motion, Plaintiffs submit the following documents:

(a) Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Proposed Collective and Class Settlement;

(b) The Declaration of Seth R. Lesser, together with exhibits.

Dated: May 24, 2016
Rye Brook, New York

Respectfully submitted,

By: */s/ Seth R. Lesser*
Seth R. Lesser, Jeffrey A. Klafter and
Fran L. Rudich
Michael H. Reed
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220

Marc S. Hepworth, David A. Roth, Charles
Gershbaum, and Rebecca S. Predovan
HEPWORTH GERSHBAUM &
ROTH PLLC
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone:  (212) 545-1199
Facsimile:   (212) 532-3801

Gary E. Mason
WHITFIELD BRYSON &
MASON LLP
1625 Massachusetts Ave., N.W.
Suite 605
Washington, DC 20036
Telephone: (202) 429-2294
Facsimile: (202) 429-2294

Peter Winebrake, Andrew Santillo, and
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Telephone: (215) 884-2491
Facsimile: (215) 884-2492

Nicholas A. Migliaccio and Jason S. Rathod
Migliaccio Law Firm PLLC
438 16th St SE
Washington, DC 20003
Telephone: (202) 470-3520
Facsimile: (202) 810-0081

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2016, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court. The Notice is available for viewing and downloading and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

Dated: May 24, 2016                              By: */s/ Seth R. Lesser*